**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: B.C., JR., A MINOR   :   No. 221 EAL 2023
  :
  :
  :
PETITION OF: J.Z., MOTHER   :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.